UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

United States of America,                    COMPLAINT
                Plaintiff,              Civil Action No.
                                         7:26-cv-4107

        - against -

Weighsmarter Corp, Chezkelweiss Inc,
Chezkel Weiss

               Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Plaintiff, United States of America, by and through its designated attorney alleges upon information and belief that:

1. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. § 1345.

2. Defendant Weighsmarter Corp is an active, domestic, New York corporation, with registered offices at 140 Bates Drive, Monsey, NY 10952.

3. Defendant Chezkelweiss Inc is an active, domestic, New York corporation, with registered offices at 140 Bates Drive, Monsey, NY 10952.

4. Upon information and belief, the Defendant Chezkel Weiss resides at 140 Bates Drive, Monsey, NY 10952.

5. This lawsuit is filed to recover a sum certain balance due the Plaintiff based on the Defendants' default of instruments for the payment of money only.

   Loan No.: 3912557002

6. That on or about August 22, 2019 the defendant Weighsmarter Corp signed and delivered a promissory note ("the 1st Note") promising to pay TD Bank the sum of $25,000.00 at a variable interest rate per annum.

7. Pursuant to the 1st Note, Weighsmarter Corp. received a loan of $25,000.00.

8. A copy the 1st Note is attached as Exhibit A.

9. As collateral for the payment of said indebtedness, Chezkel Weiss signed and delivered a personal Guarantee of performance of said indebtedness. A copy of the Unconditional Guarantee is attached as Exhibit B.

10. The Defendant Weighsmarter Corp., borrower, defaulted and failed to make payment due on January 22, 2021 ("the default").

11. Chezkel Weiss defaulted under obligations as guarantor on January 22, 2021.

12. The last payment was received on April 15, 2021.

13. TD Bank assigned the Note to the U.S. Small Business Administration on or about June 17, 2021.

14. A copy of the assignment is attached as Exhibit C.

15. The U.S. Small Business Administration is the owner and holder of the Note.

16. By reason of the aforesaid event of default, the Plaintiff elected and hereby elects to declare the entire sum under the Note to be due and payable. Exhibit A.

17. The principal balance due is $23,885.47.

18. Interest is accruing at the current rate of 11.04% per annum.

19. The sum of accrued interest due as of May 4, 2026 is $14,451.36.

20. Interest is accruing at the rate of $7.22 per diem.

21. Plaintiff gave notice of this default and has demanded payment of the entire outstanding principal and interest.

22. Said amounts remain unpaid up to and including the date of this Complaint.

Loan No.: 4134417003

23. That on or about December 13, 2019 the defendant Chezkelweiss Inc signed and delivered a promissory note ("the 2nd Note") promising to pay TD Bank the sum of $25,000.00 at a variable interest rate per annum.

24. Pursuant to the 2nd Note, Chezkelweiss Inc received a loan of $25,000.00.

25. A copy the 2nd Note is attached as Exhibit D.

26. As collateral for the payment of said indebtedness, Chezkel Weiss signed and delivered a personal Guarantee of performance of said indebtedness.   A copy of the Unconditional Guarantee is attached as Exhibit E.

27. The Defendant Chezkelweiss Inc, borrower, defaulted and failed to make payment due on November 13, 2020 ("the default").

28. Chezkel Weiss defaulted under obligations as guarantor on November 13, 2020.

29. The last payment was received on November 19, 2024.

30. TD Bank assigned the 2nd Note to the U.S. Small Business Administration on or about June 17, 2021.

31. A copy of the assignment is attached as Exhibit F.

32. The U.S. Small Business Administration is the owner and holder of the Note.

33. By reason of the aforesaid event of default, the Plaintiff elected and hereby elects to declare the entire sum under the 2nd Note to be due and payable.

34. The principal balance due is $21,941.78.

35. Interest is accruing at the current rate of 9.50% per annum.

36. The sum of accrued interest due as of May 4, 2026 is $12,270.09.

37. Interest is accruing at the rate of $5.71 per diem.

38. Plaintiff gave notice of this default and has demanded payment of the entire outstanding principal and interest.

39. Said amounts remain unpaid up to and including the date of this Complaint.

40. Plaintiff gave notice of this default and has demanded payment of the entire outstanding principal and interest.

41. To-date, the Borrower and Guarantor have failed to repay the loans.

FIRST CAUSE OF ACTION

(breach of notes)

42. Plaintiff repeats, reiterates, and re-alleges each and every allegation contained in paragraphs "1" through "41" with the same force and effect.

43. On the 1st note, Defendant Weighsmarter Corp. is liable for the principal sum of $23,885.47, interest in the sum of $14,451.36 due as of May 4, 2026, plus additional interest accruing at the rate of $7.22 per diem from May 5, 2026 through the date of judgment entry.

44. On the 2nd note, Defendant Chezkelweiss Inc is liable for the principal sum of $21,941.78, interest in the sum of $12,270.09 due as of May 4, 2026, plus additional interest accruing at the rate of $5.71 per diem from May 5, 2026 through the date of judgment entry.

SECOND CAUSE OF ACTION

(breach of guaranty)

45. Plaintiff repeats, reiterates, and re-alleges each and every allegation contained in paragraphs "1" through "44" with the same force and effect.

46. On the 1st note, Defendant Chezkel Weiss is liable for the principal sum of $23,885.47, interest in the sum of $14,451.36 due as of May 4, 2026, plus additional interest accruing at the rate of $7.22 per diem from May 5, 2026 through the date of judgment entry.

47. On the 2nd note, Defendant Chezkel Weiss is liable for the principal sum of $21,941.78, interest in the sum of $12,270.09 due as of May 4, 2026, plus additional interest accruing at the rate of $5.71 per diem from May 5, 2026 through the date of judgment entry.

WHEREFORE, the United States requests judgment as follows against defendants:

1.      Weighsmarter Corp on the 1st Note for the principal sum of $23,885.47, interest in the sum of $14,451.36 due as of May 4, 2026, plus additional interest accruing at the rate of $7.22 per diem from May 5, 2026 through the date of judgment entry; and against Chezkelweiss Inc on the 2nd Note for the principal sum of $21,941.78, interest in the sum of $12,270.09 due as of May 4, 2026, plus additional interest accruing at the rate of $5.71 per diem from May 5, 2026 through the date of judgment entry.

2.      Chezkel Weiss on the 1st Note for the principal sum of $23,885.47, interest in the sum of $14,451.36 due as of May 4, 2026, plus additional interest accruing at the rate of $7.22 per diem from May 5, 2026 through the date of judgment entry; and on the 2nd Note for the principal sum of $21,941.78, interest in the sum of $12,270.09 due as of May 4, 2026, plus additional interest accruing at the rate of $5.71 per diem from May 5, 2026 through the date of judgment entry.

3.      Post-judgment interest, pursuant to 28 U.S.C. § 1961 at the legal rate then in effect, from the date of entry of judgment until the judgment is paid in full;

4.      Such other relief as this Court may deem just and proper.

Dated: New York, New York
       May 14, 2026

Respectfully submitted,

BY: */s/ John Manfredi*
John Manfredi
Attorney for Plaintiff
Manfredi Law Group, PLLC
302 East 19th St. Suite 2A
New York, New York 10003
PH: 347 614 7006
Fax 347 332 1740