Exhibit F

# ASSIGNMENT

U.S. Small Business Administration

FOR VALUE RECEIVED, in accordance with SBA Form 750 executed by

Name of Lender:    TD Bank N.A,

("Lender" or "Assignor"),  and in accordance with Loan Program Requirements, as that term is defined in 13 C.F.R. Part 120, Lender assigns, grants, conveys and transfers to the Assignee, the U.S. Small Business Administration ("SBA"), all right, title and interest in and to  SBA 7(a) Loan

Number: 4134417003____    made to  Name of Borrower: Chezkelweiss Inc

on  Date:    12/13/2019   , including all Loan Documents, Loan Instruments, and any associated security instruments, mortgages or deeds of trust (the "Loan").

Assignor authorizes the United States of America on behalf of the SBA to ask, demand, receive, collect, sue and take all lawful actions for recovery of the moneys due or to become due on this Loan, and further that the United States of America on behalf of the SBA may avail itself of its remedies under 31 U.S.C. § 3701, et seq., and/or any other remedies available at law or equity for collection of the Loan and the claim or debt evidenced by the Loan.

Assignor has not done and will not do anything to hinder or prevent the United States of America on behalf of the SBA from enforcing recovery on this Loan.  Assignor agrees to timely execute such other documents as are requested by SBA to effectuate recordation or as otherwise requested by SBA to assist it in collection of the Loan.  Any proceeds, payment or value of any kind with respect to the Loan or obligations secured or evidenced thereby that are received by Assignor or Assignee shall continue to be shared in accordance with the SBA Form 750 guarantee agreement covering this loan. The Assignor agrees that SBA reserves all rights and authority under 13 C.F.R. Part 120, including without limitation under 13 C.F.R. § 120.524.  This Assignment shall be interpreted and construed under federal law.

The Assignor's address is:

| Lender Name | TD Bank N.A. |
| --- | --- |
| Address | One Royal Rd |
| City | Flemington |
| State | NJ |
| Zip | 08822 |

The Assignee address is: United States of America, Small Business Administration,
(Please mark the applicable address)

National Guaranty Purchase Center (NGPC)
☐ 1145 Herndon Parkway Suite 900
Herndon, VA 20170

Commercial Loan Service Center (CLSC) - AR
☒ 2120 Riverfront Drive Suite 100
Little Rock, AR 72202

Commercial Loan Service Center (CLSC) - CA
☐ 801 R Street Suite 101
Fresno, CA 93721

In witness whereof, Lender, through its authorized representative and
officer listed below, has executed this instrument on Date: 06/17/2021

| | |
|---|---|
| Name of Lender: | TD Bank N.A. |
| BY: | Corinne Burnside |
| Title: | CLA Supervisor II |
| Address | 1660 SW St Lucie West Blvd |
| City | Port St Lucie |
| State | FL |
| Zip Code | 34986 |

Signed, sealed and delivered in the presence of:

NOTARY PUBLIC

Commission Expires: _7/30/2024_

CARRIE ELLEN IWANKO
Notary Public - State of Florida
Commission # HH 026130
My Comm. Expires Jul 30, 2024