UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

CASE NO. 7:26-cv-04107-PMH

Plaintiff,

-against-

Weighsmarter Corp, Chezkelweiss Inc,
Chezkel Weiss

Defendants

DEFAULT JUDGMENT AND ORDER PMH

Plaintiff United States of America's motion for a default judgment is granted in its entirety.

Accordingly, on this Fifth day of ~~August,~~ October 2026 it is PMH

ORDERED and ADJUDGED THAT:

Loan No.: 3912557002

A default judgment be and hereby is entered in favor of the United States of America and against the Defendants Weighsmarter Corp with offices at 1348 50th St, Brooklyn, NY 11219 and 140 Bates Drive, Monsey, NY 10952, and Chezkel Weiss residing at 1348 50th St, Brooklyn, NY 11219 for the following sum:

Principal: $23,885.47.
Accrued interest through July 2, 2026: $15,029.32
Additional per diem interest @ $7.22 from July 3, 2026 through ~~date of judgment entry~~ October 5, 2026, totaling $678.68, PMH for a total judgment of $ 39,593.47, plus interest pursuant to 28 U.S.C. § 1961, and that Plaintiff have execution thereon.

Loan No.: 4134417003

A default judgment be and hereby is entered in favor of the United States of America and against the Defendants Chezkelweiss Inc with offices at 1348 50th St, Brooklyn, NY 11219 and 140 Bates Drive, Monsey, NY 10952, and Chezkel Weiss residing at 1348 50th St, Brooklyn, NY 11219 for the following sum:

Principal: $21,941.78.
Accrued interest through July 2, 2026: $12,607.03
Additional per diem interest @ $5.71 from July 3, 2026 through ~~date of judgment entry~~ October 5, 2026, totaling $536.74, PMH for a total judgment of $ 35,085.55, plus interest pursuant to 28 U.S.C. § 1961, and that Plaintiff have execution thereon.

Dated: White Plains, New York
October 5, 2026

Hon. Philip M. Halpern
United States District Judge